ACCEPTED
12-14-00319-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/26/2015 1:36:42 PM
CATHY LUSK
CLERK

## NO. 12-14-00319-CR

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT IN
ANGELINA COUNTY, TEXAS
CAUSE NO. CR-22090

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/26/2015 1:36:42 PM
CATHY S. LUSK
CLERK

| | | |
|---|---|---|
| **DEMETRIC LEWIS ALFRED** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| | § | **OF** |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

### <u>MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Demetric Lewis Alfred, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 159th District Court of Angelina County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Demetric Alfred Lewis, and numbered CR-22090. Appellant was convicted of Capitol Murder.

4. Appellant was assessed a sentence of Life in Texas Department of Criminal Justice Institutional Division on October 15, 2001.

5. On March 3, 2013, Defendant filed a Motion for Post-Conviction DNA Testing and asked that an attorney be appointed. On May 23, 2013 an attorney was appointed.

6. On September 10, 2014, a Memorandum Regarding Forensic DNA Testing was filed with the trial court. ON September 15, 2014, Defendant's Motion

for Post-Conviction DNA Testing was denied.

7. Notice of appeal of was given on October 29, 2014.

8. The appellate brief is presently due on January 26, 2015.

9. Appellant requests an extension of time of seven (7) days from the present date, i.e. January 26, 2015.

10. Two extensions to file the brief have been received in this cause prior to current council being appointed.

11. Defendant is currently incarcerated.

12. Appellant relies on the following facts as good cause for the requested extension:

The brief is substantially complete, however, Counsel has this date received correspondence from Appellant that raises issues Counsel would like to review before submitting the brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted:

*/s/John D. Reeves*

_____

John D. Reeves
Attorney at Law
1007 Grant
Lufkin, Texas 75901
Phone (936) 632-160
Fax: (936) 632-1640
tessabellus@yahoo.com
SBOT # 16723000
Counsel for Appellant

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. 10.1 (5), certify that I, the undersigned conferred with opposing counsel who indicated that she does not oppose this motion.

*/s/John D. Reeves*

_____

John D. Reeves

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion to Extend Time to file Appellant's Brief on this 26th day of January, 2015 forwarded to State's Attorney, April Ayers-Perez, Assistant District Attorney, Angelina County, by electronic service at aperez@angelinacounty.net.

*/s/John D. Reeves*

_____

John D. Reeves
Attorney for Appellant,
Demetric Lewis Alfred